UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-4-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| VERNICE CHAITAN WOLTZ | ) | |

This matter is before the court on defendant's motion to adopt relevant motions of co-defendants. Defendant does not identify which motions of any co-defendant she wishes to adopt. Now that the co-defendants' deadline for filing motions has passed, and to aid the court, defendant should identify with specificity which motions, if any, she adopts. The motion to adopt relevant motions of co-defendants is DENIED WITHOUT PREJUDICE.

This 19 January 2007.

_____
W. Earl Britt
Senior U.S. District Judge