UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-4-BR

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| VERNICE CHAITAN WOLTZ | ) | |

THIS MATTER is before the Court upon Motion of Donald K. Tisdale, Sr. for Leave Not to Appear at Sentencing Hearing and for reasons stated in the Motion, the motion is ALLOWED.

This 3 July 2007.

_____
W. Earl Britt
Senior U.S. District Judge